# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00159-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

CUSTOMERTHINK CORPORATION, a California corporation;
ROBERT THOMPSON, an individual; and
JOSEPH MICHELLI, PH.D., an individual,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE

        Plaintiff, RIGHTHAVEN LLC ("Righthaven") filed a Complaint (Docket No.: 1) on January 21, 2011, for copyright infringement against Defendants CUSTOMERTHINK CORPORATION, a California corporation, ROBERT THOMPSON and JOSEPH MICHELLI, PH.D. (collectively hereinafter "Defendants"). Righthaven and Defendants have agreed to settle the matter by a written agreement. No responsive pleadings having been filed by Defendants, and no trial date having been set by this Court, the above entitled action is hereby voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

        Dated this 8th day of March, 2011.

        By: /s/ Steven G. Ganim
        STEVEN G. GANIM, ESQ.
        Righthaven LLC
        9960 West Cheyenne Avenue, Suite 210
        Las Vegas, Nevada 89129-7701
        Tel: (702) 527-5900
        Fax: (702) 527-5909
        sganim@righthaven.com

        *Attorneys for Plaintiff Righthaven LLC*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 8th day of March, 2011, I caused **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Steven G. Ganim
STEVEN G. GANIM, ESQ.
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909
sganim@righthaven.com

SHAWN A. MANGANO, ESQ.
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas. Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851
shawn@manganolaw.com

*Attorneys for Plaintiff Righthaven LLC*